UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BRIDGEFIELD CASUALTY
INSURANCE COMPANY,

    Plaintiff,

v.                                                  Case No.: 8:23-cv-2465-CEH-LSG

THE CINCINNATI INSURANCE
COMPANY,

    Defendant.
_____/

## ORDER

The plaintiff Bridgefield Casualty Insurance Company moves to compel a response to Bridgefield's supplemental requests for production. Docs. 70, 70-1. The requests seek documents and underwriting files from 2018 through 2021 pertaining to excess insurance issued by the defendant The Cincinnati Insurance Company to the parties' insured, C-Squared Certified General Contractor, Inc. Doc. 70 at 2, Doc. 70-1. A contemporaneous order extends discovery through April 30, 2025. Doc. 69.

Under Local Rule 3.01(c), the deadline to respond to Bridgefield's motion to compel was April 3, 2025. The defendant offers no timely response. Accordingly, the motion is treated as unopposed. For the reasons stated in Bridgefield's motion, Doc. 70, the defendant's objections are **OVERRULED** and the motion, Doc. 70, is

1

**GRANTED**. No later than **April 15, 2025**, the defendant must produce to the plaintiff the documents requested in the supplemental request for production. Doc. 70-1.

**ORDERED** on this 8th day of April, 2025.

_____
LINDSAY S. GRIFFIN
United States Magistrate Judge